# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **MEDICAL CONSULTANTS, LTD.,** ) <br> an Illinois corporation, and **DR. LESLIE** ) <br> **LINDBERG,** ) <br> ) <br> **Plaintiffs,** ) <br> v. ) <br> ) <br> **IROQUOIS MEMORIAL HOSPITAL,** a ) <br> corporation; **STEPHEN O. LEURCK;** ) <br> and **ASSOCIATED RADIOLOGISTS OF** ) <br> **JOLIET, SC,** ) <br> ) <br> **Defendants.** ) | **Case No. 07-CV-2083** |

## ORDER

A Report and Recommendation (#35) was filed by the Magistrate Judge in the above cause on May 27, 2008. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#35) is accepted by this court.

(2) Defendants' Motion to Dismiss Plaintiffs' Amended Complaint and for Judicial Notice (#21) is GRANTED.

(3) Counts I, II, and III of Plaintiffs' Amended Complaint are dismissed with prejudice.

(4) Count IV, a state law claim, is dismissed without prejudice and may be filed in state court.

(5) This case is terminated.

ENTERED this  16th  day of June, 2008

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE